IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -5 AM 10: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

SCHERING-PLOUGH HEALTHCARE
PRODUCTS, INC.,

    Plaintiff/COUNTER-DEFENDANT,

VS.                       NO. 04-2071-MaV

PRIME ENTERPRISES, INC.,

    Defendant/Counter-Plaintiff.

ORDER STAYING PROCEEDINGS, VACATING SCHEDULING ORDER, &
AND SETTING STATUS CONFERENCE

Before the court is the August 1, 2005, joint motion of the parties for a stay of this proceeding to allow the parties an opportunity to continue settlement discussions of this matter. For good cause shown, the motion is granted. This case is stayed pending settlement efforts of the parties and the Order Amending Schedule entered on March 9, 2005, is vacated. If the parties have not reported the case settled prior to September 28, 2005, a status conference will be held on **Wednesday, September 28, 2005, at 9:00 a.m.**, at which time the court will set a new schedule.

It is so ORDERED this 4th day of August, 2005.

                                  SAMUEL H. MAYS, JR.
                                  UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-9-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02071 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Amanda M. McGovern
KENNY NACHWALTER, ET AL., P.A.
201 South Biscayne Blvd.
Suite 1100-Miami Center
Miami, FL 33131--432

Richard H. Critchlow
KENNY NACHWALTER, ET AL., P.A.
201 South Biscayne Blvd.
Suite 1100-Miami Center
Miami, FL 33131--432

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT