IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT -5 PM 1:31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SCHERING-PLOUGH HEALTHCARE
PRODUCTS, INC.,

    Plaintiff/COUNTER-DEFENDANT,

VS.                              NO. 04-2071-MaV

PRIME ENTERPRISES, INC.,

    Defendant/Counter-Plaintiff.

## ORDER EXTENDING STAY
## AND SETTING STATUS CONFERENCE

Before the court is the September 23, 2005, joint motion of the parties to extend the stay of this proceeding to allow the parties an opportunity to continue settlement discussions of this matter. For good cause shown, the motion is granted. The stay of this case is extended to December 28, 2005. A status conference will be held on **Wednesday, December 28, 2005, at 9:00 a.m.**, at which time a new schedule will be set if this matter has not been resolved.

It is so ORDERED this 4th day of October, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  10-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CV-02071 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Amanda M. McGovern
KENNY NACHWALTER, ET AL., P.A.
201 South Biscayne Blvd.
Suite 1100-Miami Center
Miami, FL 33131--432

David Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Richard H. Critchlow
KENNY NACHWALTER, ET AL., P.A.
201 South Biscayne Blvd.
Suite 1100-Miami Center
Miami, FL 33131--432

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT