FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 DEC 22 PM 3:25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

SCHERING-PLOUGH HEALTHCARE
PRODUCTS, INC.,

    Plaintiff/COUNTER-DEFENDANT,

VS.                                    NO. 04-2071-MaV

PRIME ENTERPRISES, INC.,

    Defendant/Counter-Plaintiff.

---

ORDER EXTENDING STAY
AND SETTING STATUS CONFERENCE

---

Before the court is the December 21, 2005, joint motion of the parties to extend the stay of this proceeding to allow the parties an opportunity to continue developing financial information needed to evaluate possible settlement of this matter. The parties request further that the status conference currently set on December 28, 2005, be reset. For good cause shown, the motion is granted.

The stay of this case is extended to February 13, 2006. A status conference will be held on **Monday, February 13, 2006, at**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _12-28-05_

**9:00 a.m.**, at which time a new schedule will be set if this matter has not been resolved.

It is so ORDERED this 21st day of December, 2005.

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CV-02071 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Stephen D. Crawley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

David C. Wade
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Richard H. Critchlow
KENNY NACHWALTER, ET AL., P.A.
201 South Biscayne Blvd.
Suite 1100-Miami Center
Miami, FL 33131--432

Lee L. Piovarcy
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Amanda M. McGovern
KENNY NACHWALTER, ET AL., P.A.
201 South Biscayne Blvd.
Suite 1100-Miami Center
Miami, FL 33131--432

Honorable Samuel Mays
US DISTRICT COURT